UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Civil Action Number 0:18-CV-60611-DPG

ANDRES GOMEZ

    Plaintiff,

v.

FLORIDA TECHNICAL COLLEGE, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, and Defendant Florida Technical College, Inc., hereby give notice that the Parties have reached a resolution and will be executing a confidential settlement agreement resolving all claims and matters in this case. The Parties respectfully request thirty (30) days to file a stipulation of dismissal with this Court.

Dated:  June 1, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Peter W. Homer* |
| Scott R. Dinin, Esq. | Peter W. Homer, Esq. |
| Scott R. Dinin, P.A. | Homer Bonner Jacobs |
| 4200 NW 7th Avenue | 1200 Four Seasons Tower |
| Miami, Florida 33127 | 1441 Brickell Avenue |
| Tel: (786) 431-1333 | Miami Florida 33131 |
| Fax: (786) 513-7700 | Phone: (305) 350-5146 |
| E-mail:  inbox@dininlaw.com | Fax: (305) 372-2738 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1