**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Civil Action Number 0:18-CV-60611-DPG

ANDRES GOMEZ

    Plaintiff,

v.

FLORIDA TECHNICAL COLLEGE, INC.,

    Defendant.

## NOTICE OF FILING ORDER IMPOSING SANCTIONS

Scott R. Dinin, Esq. hereby files into the record of this case the Order Imposing Sanctions entered in *Alexander Johnson v. Ocaris Management Group, Inc.,* Case No. 1:18-cv-24586-PCH, and *Alexander Johnson v. 27th Ave Caraf, Inc.,* Case No. 1;18-cv-24472-JEM (August 23, 2019) pursuant to same. A copy of the Order is attached hereto as Exhibit "A."

Dated on this March 19, 2020.

                                                Respectfully submitted,

                                                *s/Scott R. Dinin*
                                                Scott R. Dinin, Esq.
                                                Dinin Law Group, P.A.
                                                4200 NW 7th Avenue
                                                Miami, Florida 33127
                                                Tel: (786) 431-1333
                                                inbox@dininlawgroup.com
                                                *Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 19, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing electronically to the following:

Peter W. Homer, Esq.
Homer Bonner Jacobs
*Counsel for Defendant*

*s/ Scott R. Dinin*